# United States Court of Appeals
## For the Eighth Circuit

_____

No. 21-1865

_____

Rafael Antonio Segovia-Yanes

*Petitioner*

v.

Merrick B. Garland, Attorney General of the United States

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: September 28, 2022
Filed: October 3, 2022
[Unpublished]

_____

Before SHEPHERD, ERICKSON, and STRAS, Circuit Judges.

_____

PER CURIAM.

Rafael Segovia-Yanes, a citizen of El Salvador, petitions for review of an order of the Board of Immigration Appeals affirming the denial of his application for cancellation of removal. Segovia argues that removing him would cause "exceptional and extremely unusual hardship" to his American-citizen children. 8 U.S.C. § 1229b(b)(1)(D). We will not consider this argument because Segovia

failed to raise it before the Board. *See Bakor v. Barr*, 958 F.3d 732, 739 (8th Cir. 2020), *cert. denied*, 141 S. Ct. 2566 (2021); *see also* 8 U.S.C. § 1252(d)(1) (requiring exhaustion of administrative remedies before judicial review). We accordingly dismiss the petition for review.

_____